IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| STEVEN R. SIMMONS | : | CASE NUMBER: 10-58580 |
| ANGELA M. SIMMONS | : | JUDGE: PRESTON |
| | : | CHAPTER: 13 |
| Debtors | : | |

_____

**NOTICE OF MAILING ADDRESS CHANGE FOR DEBTOR STEVEN R. SIMMONS**

Now comes Debtor Steven R. Simmons, by and through the undersigned counsel, and hereby gives notice that his address for all mail and notice related purposes will change effective January 13, 2016 as follows:

66 E. Maple Street, Johnstown, Ohio 43031

Very Respectfully Submitted,
Folland & Drown, LPA

/s/ William Todd Drown, 0069810
William Todd Drown
31 Hillgate Road
Johnstown, Ohio 43031
(740) 393-2718
(740) 393-1091 Fax
toddd@follanddrown.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

I, hereby certify that a true copy of the foregoing Notice was sent VIA CM/ECF electronic service upon those registered to receive such service with the Court or by first-class United States Mail to those indicated below on this 18th day of January 2016.

/s/ William Todd Drown

United States Trustee – VIA ECF

Frank M. Pees, Chapter 13 Trustee – VIA ECF

William Todd Drown, Debtors Counsel – VIA ECF

Mia Connor, Attorney for CitiMortgage, Inc. – VIA ECF

Gregory D. Delev, Esquire – VIA ECF

Joseph C. Winner, Esquire – VIA ECF

Joel K. Jensen, Esquire – VIA ECF

Lindsey Hall, Esquire – VIA ECF

Brian M. Gianangeli, Esquire – VIA ECF

Recovery Management Systems Corporation – VIA ECF

Vanda, LLC – VIA ECF

Steven R. Simmons, 66 East Maple Street, Johnstown, Ohio 43031

Angela Simmons, 9244 Crouse Willison Road, Johnstown, Ohio 43031

East Bay Funding, LLC, c/o Resurgent Capital Services, P.O. Box 288, Greenville, SC 29603

**Account Receivable Collections**
PO Box 42220
Dept B
Cincinnati, OH 45242

**Acct Rec Col (Original Creditor:Med**
Pob 42220 Departm
Cincinnati, OH 45242

**ADT Security Systems Inc**
PO Box 650485
Dallas, TX 75265-0485

**Allied Interstate**
PO Box 361505
Columbus, OH 43236

**American Infosource Lp**
As Agent for Apria Healthcare
PO Box 248838
Oklahoma City OK 731248838

**Apria Columbus OH**
PO Box 802017
Chicago, IL 60680

**CANDICA L.L.C.**
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**Capital One**
PO Box 60024
City of Industry, CA 91716

**CBCS**
P.O. Box 1810
Columbus, OH 43216-1810

**Chase Auto**
PO Box 78067
Phoenix, AZ 85062

**Chase Bank**
PO Box 94014
Palatine, IL 60094

**Citi Financial**
PO Box 6931
The Lakes, NV 88901

**Citi Mortgage**
8725 West Sahara Avenue
Las Vegas, NV 89117

**CitiMortgage, Inc.**
PO Box 6006
The Lakes, NV 88901

**CME Federal Credit Union**
365 S. 4th Street
Columbus, OH 43215-5486

**Computer Collections Inc**
PO Box 5238
Winston Salem, NC 27113

**CR Evergreen, LLC**
MS 550
PO Box 91121
Seattle, WA 98111-9221

**Deere & Company**
Attn: Robert Allen
PO Box 6600
Johnston, Iowa 50131-6600

**Delta Marine**
3100 Delta Marine Drive
Reynoldsburg, OH 43068

**Discover**
PO Box 6103
Carol Stream, IL 60197

**Discover Bank**
Dfs Services LLC
PO Box 3025
New Albany, OH 43054-3025

**Discover Fin**
Pob 15316
Wilmington, DE 19850

**East Bay Funding, LLC**
c/o Resurgent Capital Services
PO Box 288
Greenville, SC 29603

**eCAST Settlement Corporation**
assignee of CitiFinancial Inc
POB 29262
New York NY 10087-9262

**Embarq Corp - New Century Link**
PO Box 6001
Marion, LA 71260-6001

**FFCC - Columbus Inc**
PO Box 20790
Columbus, OH 43220

**Ffcc-Columbus Inc (Original Credito**
1550 Old Henderson Rd St
Columbus, OH 43220

**First Source**
1232 W. State Road 3
La Porte, IN 46350

**Green Tree Servicing LLC**
PO Box 44265
Jacksonville, FL 32231

**Heartland Bank**
850 N Hamilton Rd
Gahanna, OH 43230

**John Deere Credit**
PO Box 4450
Carol Stream, IL 60197

**Johnstown Physical Therapy**
32 South Main Street
Johnstown, OH 43031

**JP Recovery Services**
PO Box 16749
Rocky River, OH 44116

**JPMorgan Chase Bank NA**
Chase Auto Finance Corp
c/o Mary Lautenbach
National Bankruptcy Dept
201 N Central Ave AZ1-1191
Phoenix AZ 85004

**Key Bridge (Original Creditor:Midoh**
2348 Baton Rouge
Lima, OH 45805

**KeyBridge**
POB 1568
Lima OH 45802

**Life Styles Fitness**
140 Fountain Parkway
Suite 410
Saint Petersburg, FL 33716

**Meade & Assc (Original Creditor:Med**
737 Enterprise Dr
Westerville, OH 43081

**Mt. Carmel Health**
c/o Trevor J Innocenti Esq
117 W Main St Ste 206
Lancaster OH 43130

**National Enterprise Systems**
29125 Solon Road
Solon, OH 44139

**Nationwide Children's Hospital**
PO Box 182888
Columbus, OH 43218

**Nationwide Childrens Hospital**
700 Children's Drive
Columbus, OH 43205

**NCO Financial Systems Inc**
4000 E. 5th Avenue
Columbus, OH 43219

**Newark Valley Urgent Care**
PO Box 712571
Cincinnati, OH 45271

**North Town Bank**
PO Box 815159
Dallas, TX 75381

**Ohio Department of Taxation**
Bankruptcy Division
P.O. Box 530
Columbus, OH 43216

**Patricia A. Farington**
Agent for The Cellar Lumber Company
154 East College Avenue
Westerville, OH

**Riverside Hospital**
3535 Olentangy River Road
Columbus, OH 43214

**St. Anns**
500 S. Cleveland Avenue
Westerville, OH 43081

**Tate & Kirlin Associates**
2810 Southampton Road
Philadelphia, PA 19154

**Tech International**
200 E. Coshocton Street
Johnstown, OH 43031

**Tnb Card**
4455 Lbj Freeway
Dallas, TX 75244

**Town North Bank**
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas,Tx 75374

**United Collect Bur Inc (Original Cr**
5620 Southwyck Blvd Ste
Toledo, OH 43614

**Unknown (Original Creditor:Unknown)**

**Vanda, LLC**
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121

**Verizon Wireless**
PO Box 25505
Lehigh Valley, PA 18002-5505

**XPress Nebs/Pediatric Products**
PO Box 4220
Dept B
Cincinnati, OH 45242